**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
PETER LAKE and TIMOTHY CREED,
Individually, and on behalf of All Others
Similarly Situated,

                        Plaintiffs,

    - against -

FORD MOTOR COMPANY,

                        Defendant.
------------------------------------------------------X

**JUDGMENT**
CV 18-2009 (SJF) (AYS)

An Order Adopting Report and Recommendation of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on September 23, 2019, adopting in its entirety the August 22, 2019 Report and Recommendation of United States Magistrate Judge Anne Y. Shields, granting Defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Defendant's Strike Motion as moot, and directing the Clerk of the Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Peter Lake and Timothy Creed take nothing of Defendant Ford Motor Company; that Defendant's Dismissal Motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is granted; that Defendant's Strike Motion is dismissed as moot; and that this case is closed.

Dated: September 24, 2019
       Central Islip, New York

                                                               DOUGLAS C. PALMER
                                                               CLERK OF THE COURT
                                              By:    /s/ James J. Toritto
                                                               Deputy Clerk